IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ROY WESTERFELD, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:23-cv-00075 |
| § | |
| STATE FARM LLOYDS, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On this day came for consideration the Stipulation for Dismissal with Prejudice filed by Plaintiff and Defendant. The Court accepts the Stipulation and finds that the case should be dismissed with prejudice, with each party to bear its own costs and fees.

It is therefore **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE.** It is further **ORDERED** that each party shall be responsible for its costs and fees. The Clerk is instructed to **CLOSE THE CASE.**

**IT IS SO ORDERED.**

SIGNED AND ENTERED this 17th day of October, 2024.

_____
Alan D Albright
United States District Judge